DUCEY & ASSOCIATES LLC
745 WEST FOURTH AVENUE, SUITE 425
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 222-5036
FAX (907) 222-5026

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHELLE PIERCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARCTIC CATERING AND SUPPORT, ) <br> KUUKPIK, ARCTIC SERVICES, ) <br> ) <br> Defendant. ) <br> ) | <br><br><br><br><br><br><br><br>Case No. 3AN-16-09591CI |

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on December 15th, 2016, the Defendant, Arctic Catering Inc. and Kuukpik Arctic Services, named as Defendant in the complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, its notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and the above-captioned court may proceed no further, unless and until the case is remanded.

A copy of the notice of removal being filed concurrently in the United States District for the District of Alaska is attached hereto.

DATED this 15th day of December, 2016, at Anchorage, Alaska.

Notice to Superior Court of Filing Notice of Removal
*Pierce v. Arctic Catering and Support* / Case No. 3AN-16-09591CI            EXHIBIT A, Page 1 of 2
Case 3:16-cv-00286-HRH   Document 1-1   Filed 12/15/16   Page 1 of 2

DUCEY & ASSOCIATES LLC
Attorneys for Defendant

Cynthia L. Ducey
Alaska Bar No. 8310161

**CERTIFICATE OF SERVICE**

This certifies that I am an authorized agent for Ducey & Associates LLC for service of papers pursuant to Civil Rule 5, and that on this 15th day of December, 2016, a copy of the above referenced document was served by mail delivery upon:

Isaac D. Zorea
Attorney at Law
PO Box 210434
Anchorage AK 99521

Jeannie L. Basinger
4827-3560-5565, v. 1

DUCEY & ASSOCIATES LLC
745 WEST FOURTH AVENUE, SUITE 425
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 222-5036
FAX (907) 222-5026

Notice to Superior Court of Filing Notice of Removal
*Pierce v. Arctic Catering and Support* / Case No. 3AN-16-09591CI
EXHIBIT A, Page 2 of 2
Case 3:16-cv-00286-HRH   Document 1-1   Filed 12/15/16   Page 2 of 2